UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>ALI SALKHI, in individual and representative capacity as trustee of the Ali Salkhi And Fatemeh Salkhi (Now Known As Souri Monfared Salkhi) 1993 Revocable Family Trust Dated October 18, 1993;<br>SOURI MONFARED SALKHI, in individual and representative capacity as trustee of the Ali Salkhi And Fatemeh Salkhi (Now Known As Souri Monfared Salkhi) 1993 Revocable Family Trust Dated October 18, 1993;<br>GRAND PETROLEUM, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | Case: No.: 3:17-CV-03991-WHA<br><br>[~~proposed~~] **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1

1. The deadline to hold a joint site inspection of the premises shall be extended to and including December 19, 2017.

2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: November 24, 2017.     _____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE